IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OPTIV SECURITY INC., | § § § | |
| *Plaintiff,* | § § § | SA-20-CV-01273-ESC |
| vs. | § § § | |
| IHEARTMEDIA MANAGEMENT SERVICES, INC., | § § § § | |
| *Defendant.* | § § | |

**ORDER**

Before the Court in the above-styled cause of action is Optiv Security Inc.'s Motion to Compel Discovery Responses [#36].  By its motion, Plaintiff Optiv Security, Inc., asks the Court to compel Defendant iHeartMedia Management Services, Inc., to provide more complete responses to several requests for admission and interrogatories.

The Court held a hearing on the motion on May 26, 2021, by videoconference, at which both parties appeared through counsel.  The parties were able to resolve some of their disputes prior to the hearing, as set forth in their Joint Advisory [#42].  At the hearing, certain representations were made on the record, which moot the majority of the parties' remaining issues.  For the reasons stated on the record, the Court denies Plaintiff's request for an additional response to the portion of Request for Admission 1 seeking an admission as to the legal enforceability of all provisions of the Master Agreement between the parties.

**IT IS THEREFORE ORDERED** that Optiv Security Inc.'s Motion to Compel Discovery Responses [#36] is **DENIED**.

1

**IT IS SO ORDERED.**

SIGNED this 26th day of May, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE