# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OPTIV SECURITY INC., <br> *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 5:20-CV-01273-ESC |
| IHEARTMEDIA MANAGEMENT SERVICES, INC., <br> *Defendant*. | § § § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of this case, with prejudice, on the basis that they have compromised their differences and no controversy remains between them. This Joint Stipulation of Dismissal dismisses all claims in this case with prejudice and with each party to bear its own attorneys' fees, costs and expenses.

Dated:  August 20, 2021

1

Respectfully submitted,

| | |
|---|---|
| /s/ Craig Taliaferro | /s/ Brian W. Zimmerman |

W. Craig Taliaferro
State Bar No. 19621600
Robert D. Kilgore
State Bar No. 11401700
**GARDNER LAW**
745 E. Mulberry Ave., Suite 500
San Antonio, Texas 78212
(210) 733-8191 – Telephone
(210) 733-5538 – Facsimile
ctaliaferro@gardnertx.com
rkilgore@gardnertx.com

William R. Sampson (pro hac vice)
Zach Chaffee-McClure (pro hac vice)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 – Telephone
(816) 421-5547 – Facsimile
wsampson@shb.com
zmcclure@shb.com
***ATTORNEY FOR PLAINTIFF***

Brian W. Zimmerman
TX Bar No. 00788746/FBN: 18979
**SPENCER FANE LLP**
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone: 713-212-2651
Facsimile: 713-963-0859
bzimmerman@spencerfane.com

Troy R. Rackham
CO State Bar No. 32033
**SPENCER FANE LLP**
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: 303-839-3860
Facsimile: 303-839-3838
trackham@spencerfane.com
***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document on August 20, 2021, using the Court's CM/ECF filing system, thereby sending notice of the filing to all counsel of record for this matter, including the following:

Brian W. Zimmerman
bzimmerman@spencerfane.com
Spencer Fane LLP
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056

Troy R. Rackham
trackham@spencerfane.com
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
***ATTORNEYS FOR IHEARTMEDIA MANAGEMENT SERVICES, INC.***

                                */s/ Zach Chaffee-McClure*
                                **ATTORNEY FOR PLAINTIFF**